UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

GIOVANNI RODRIGUEZ,

               Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       A change-of-plea hearing will take place in this matter on **December 1, 2023 at 11:00am** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         November 22, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge